PATRICK R. GIL *v.* INLAND WETLANDS AND
WATERCOURSES AGENCY OF THE
TOWN OF GREENWICH
(6573)

BORDEN, STOUGHTON and NORCOTT, Js.

Argued April 20—decision released June 16, 1989

*Patrick R. Gil,* pro se, the appellant (plaintiff).

*John H. Reilly,* for the appellee (defendant).

PER CURIAM. The plaintiff appeals from the judgment
of the trial court dismissing his appeal from a decision
of the defendant, the inland wetlands and watercourses
agency of the town of Greenwich. The defendant had
denied the plaintiff's application to construct a single
family home, driveway and septic system in a wetland.
The plaintiff claims that the court erred in concluding
(1) that he was not entitled to a permit as a matter of
right pursuant to two particular provisions of the town's
inland wetlands regulations, (2) that the defendant's deci-
sion did not amount to an unconstitutional taking of
his property without compensation, and (3) that the
defendant's decision was supported by substantial evi-
dence in the record.[1] We have fully considered the plain-

---

[1] At oral argument in this court, the plaintiff raised for the first time
in the entire history of this case a claim that certain reports were improp-
erly received by the defendant after the administrative hearing. We take
no cognizance of this claim because it was not raised in the trial court or
in his brief in this court.

tiff's claims, the defendant's responses thereto, the entire record of this case and the trial court's thoughtful memorandum of decision. On the basis of that review, we conclude that the plaintiff's claims of error are without merit.

There is no error.